**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6172**

─────────────

JOHN PAUL TURNER,

Plaintiff - Appellant,

versus

THOMAS H. WOOD, Honorable Judge,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-97-22-R)

─────────────

Submitted:  May 29, 1997          Decided:  June 10, 1997

─────────────

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

John Paul Turner, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Turner v. Wood, No. CA-97-22-R (W.D. Va. Jan. 13 and 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED